

IN THE
TENTH COURT OF APPEALS

No. 10-24-00072-CR

IN RE CODY JAY RILEY

Original Proceeding

From the 413th District Court
Johnson County, Texas
Trial Court No. F45054

MEMORANDUM OPINION

Relator's "Petition for Writ of Mandamus" was filed on March 11, 2024. There are procedural problems with this petition, such as no service on the trial court judge as the respondent and no service on the State as the real-party-in-interest,[1] no certification, no record, and no certified or sworn-to copy of any document showing the matter complained of as required by the Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5, 52.3(j), (k)(1)(A), and 52.7. However, to expedite this decision, we use Rule 2 to suspend the operation of these rules and proceed to a disposition of the petition. *See* TEX. R. APP.

---

[1] We do not serve documents for parties, even if indigent and in prison. Relator could handwrite extra copies of the petition and serve those copies on the respondent and real-party-in-interest.

P. 2.

Because the petition and/or brief was apparently never filed, there is nothing that prevents the petitioner from again seeking the appointment of counsel to file an application for a writ of habeas corpus. Accordingly, the petition for a writ of mandamus is denied without prejudice to the petitioner's ability to file a motion for the appointment of counsel in the trial court.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
　　　Justice Johnson, and
　　　Justice Smith
Petition denied
Opinion delivered and filed March 21, 2024
Do not publish
[OT06]

